UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| A.R.<br><br>Plaintiff,<br><br>v.<br><br>SHIV GLOBAL HOTEL, LLC,<br><br>Defendant. | CIVIL ACTION FILE<br><br>NO. 1:26-cv-06639-MLB |

**[PROPOSED] ORDER**

Before the Court is Plaintiff's Motion for Protective Order and Leave to Proceed Anonymously. The Court finds that the privacy and safety interests of Plaintiff and witnesses identified or suspected of being victims of sex trafficking outweigh the public's interest in knowing their identities. Thus, the motion is **GRANTED**.

The Court ORDERS that all materials, documents, pleadings, exhibits, and evidence of any kind filed in this case shall refer to Plaintiff as A.R. with no other additional identifying information. The Court further ORDERS that all materials, documents, pleadings, exhibits, and evidence of any kind filed in this case referring to any witness identified by counsel for either party as a victim of sex trafficking or suspected victims of sex trafficking and Plaintiff's family members shall refer to those witnesses by pseudonymous initials only.

Upon entry of this Order, Plaintiff shall privately disclose her name to Defendant. Defendant shall be able to conduct discovery using Plaintiff or witnesses name. But for any publicly filed documents, the name of Plaintiff, all witnesses identified or suspected of being sex trafficking victims, and Plaintiff's family members shall be redacted or referred to only by the appropriate pseudonymous initials.

SO ORDERED this ____ day of _________________, 2026.

______________________________
Michael L. Brown
United States District Judge